# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE MONTANIO,<br><br>    Petitioner,<br><br>    v.<br><br>GEORGE GALAZA (Warden),<br><br>    Respondent. | No. EDCV 07-261-JVS(CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: 11.3.11

JAMES V. SELNA
United States District Judge